# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| XOCHI F. ROSE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF HAWAII, et al.,<br><br>　　　　Defendants. | Case No. C17-1899-RSM<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

After careful consideration of plaintiff's application to proceed *in forma pauperis* ("IFP"), the governing law and the balance of the record, the Court ORDERS:

(1) Plaintiff's application to proceed IFP, Dkt. 1, is GRANTED. Plaintiff does not appear to have funds available to afford the $400.00 filing fee.

(2) The Clerk of the Court is directed to send a copy of this Order to plaintiff and to the Honorable Ricardo S. Martinez.

DATED this 8th day of January, 2018.

*[signature: James P. Donohue]*

JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER
PAGE - 1