UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| XOCHI F. ROSE,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF HAWAII, et al.,<br><br>Defendants. | Case No. C17-1899 RSM<br><br>ORDER GRANTING MOTION TO EXTEND TIME THIRTY DAYS |

This matter comes before the Court on Plaintiff's Motion to Extend Time Thirty Days. Dkt. #19. No Defendant has appeared in this matter. Plaintiff Xochi F. Rose requests an extension of thirty days for the deadlines for initial disclosure and submission of the Joint Status Report and Discovery Plan. *Id*. The Motion indicates that Plaintiff made an error, which "caused service of summonses and complaints to be delayed from January 11, 2018 until today [February 6, 2018]." *Id*. The Court subsequently ordered service by U.S. Marshal in this case. Dkt. #18.

The Court finds that good cause exists for granting this request as Defendants cannot participate in these activities until they are properly served.

Having reviewed Plaintiff's Motion and the remainder of the record, the Court hereby finds and ORDERS:

ORDER GRANTING MOTION TO EXTEND TIME THIRTY DAYS - 1

1) Plaintiff's Motion to Extend Time Thirty Days (Dkt. #19) is GRANTED.

2) The following deadlines have been revised as set forth below:

   a) Deadline for FRCP 26(f) Conference: **3/16/2018**;

   b) Initial Disclosures Pursuant to FRCP 26(a)(1): **3/23/2018**;

   c) Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): **4/2/2018**.

3) The Clerk shall mail a copy of this Order to Plaintiff via U.S. Mail.

DATED this 22nd day of February 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE