UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| XOCHI F. ROSE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF HAWAII, et al.,<br><br>　　　　Defendants. | Case No. C17-1899 RSM<br><br>ORDER GRANTING SECOND MOTION TO EXTEND TIME THIRTY DAYS |

This matter comes before the Court on Plaintiff's Second Motion to Extend Time Thirty Days. Dkt. #21. No Defendant has appeared in this matter. Plaintiff Xochi F. Rose requests a second extension of thirty days for the deadlines for the Rule 26 conference, initial disclosures, and submission of the Joint Status Report and Discovery Plan. *Id*. The Court has previously ordered service by U.S. Marshal in this case. Dkt. #18.

The Court finds that good cause exists for granting this request as Defendants must participate in these activities and have yet to make an appearance.

Having reviewed Plaintiff's Motion and the remainder of the record, the Court hereby finds and ORDERS:

1) Plaintiff's Second Motion to Extend Time Thirty Days (Dkt. #21) is GRANTED.

2) The following deadlines have been revised as set forth below:

ORDER GRANTING SECOND MOTION TO EXTEND TIME THIRTY DAYS - 1

a) Deadline for FRCP 26(f) Conference: **4/16/2018**;

b) Initial Disclosures Pursuant to FRCP 26(a)(1): **4/23/2018**;

c) Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): **5/2/2018**.

3) The Clerk shall mail a copy of this Order to Plaintiff via U.S. Mail.

DATED this 16th day of March 2018.

*[signature]*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING SECOND MOTION TO EXTEND TIME THIRTY DAYS - 2