UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| XOCHI F. ROSE,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF HAWAII, et al.,<br><br>Defendants. | Case No. C17-1899RSM<br><br>ORDER DENYING MOTION TO CONSOLIDATE CASES |

This matter comes before the Court on Plaintiff's Motion to Consolidate Cases. Dkt. #16. Plaintiff requests to consolidate this action with two other actions she has filed, Case No. C17-1920-RAJ and Case No. C17-1900-RAJ. No Defendant has appeared in this matter.

Federal Rule of Civil Procedure 42(a) provides:

> If actions before the court involve a common question of law or fact, the court may. . . consolidate the actions; or. . . issue any other orders to avoid unnecessary cost or delay.

The Court finds that Plaintiff has presented no basis to consolidate these actions other than her opaque statement that this consolidation is "for the purposes of discovery only." Dkt. #16 at 3. The Court has reviewed Plaintiff's Complaint in the other two actions and finds that these cases do not present a common question of law or fact.

ORDER DENYING MOTION TO CONSOLIDATE CASES - 1

Accordingly, having reviewed Plaintiff's briefing and the remainder of the record, the Court hereby finds and ORDERS that Plaintiff's Motion to Consolidate Cases, Dkt. #16, is DENIED. The Clerk shall mail a copy of this Order to Plaintiff via U.S. Mail.

DATED this 27 day of March, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE