UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| XOCHI F. ROSE,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF HAWAII, et al.,<br><br>Defendants. | Case No. C17-1899RSM<br><br>ORDER GRANTING MOTION TO DISMISS CASE |

This matter comes before the Court on Plaintiff's Motion to Dismiss Case. Dkt. #27. No Defendant has appeared in this matter, and therefore there has been no responsive pleading or motions filed by a Defendant.

Federal Rule of Civil Procedure 41 governs dismissal of actions. A plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). An action may also be dismissed at plaintiff's request by court order. *See* Fed. R. Civ. P. 41(a)(2).

Having reviewed Plaintiff's Motion and the remainder of the record, the Court hereby finds and ORDERS that:

1) Plaintiff's Motion to Dismiss Case (Dkt. #27) is GRANTED.

2) Plaintiff's claims are DISMISSED.

ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION - 1

3) This case is CLOSED.

3) The Clerk shall mail a copy of this Order to Plaintiff via U.S. Mail.

DATED this 4 day of April, 2018.

	RICARDO S. MARTINEZ
	CHIEF UNITED STATES DISTRICT JUDGE